| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jacqueline S Fennell** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5204** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **17–23363–JAD** | | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacqueline S Fennell

11/29/17                                                              **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 17-23363-JAD
Jacqueline S Fennell                                                Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                 Page 1 of 2         Date Rcvd: Nov 29, 2017
                              Form ID: 318                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db           #+Jacqueline S Fennell,    426 North Avenue,    Kittanning, PA 16201-1117
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14679579      +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
14679582      +Discover Bank,    502 E Market St,    Greenwood, DE 19950-9700
14679583      +FORD CITY BOROUGH,    1000 4TH AVENUE,    Ford City, PA 16226-1214
14679584      +Hyundai Capital Americ,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
14679585      +Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
14679586      +Peoples Gas,    P O BOX 644760,    Pittsburgh, PA 15264-4760
14679593      +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QJRWALSH.COM Nov 30 2017 01:03:00     James R. Walsh,
                Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 00:59:12      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
14679577      +EDI: GMACFS.COM Nov 30 2017 01:03:00      Ally Financial,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
14679578       EDI: BANKAMER.COM Nov 30 2017 01:03:00      Bankamerica,    Po Box 982238,    El Paso, TX 79998
14679580      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 30 2017 00:59:35
                Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
14679581      +EDI: CHASE.COM Nov 30 2017 01:03:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14680118       EDI: PRA.COM Nov 30 2017 01:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14679587      +EDI: SEARS.COM Nov 30 2017 01:03:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14679588      +E-mail/Text: jennifer.chacon@spservicing.com Nov 30 2017 00:59:49      Select Portfolio Svcin,
                Po Box 65250,    Salt Lake City, UT 84165-0250
14679589      +EDI: RMSC.COM Nov 30 2017 01:03:00      Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14679590      +EDI: RMSC.COM Nov 30 2017 01:03:00      Syncb/dks,    Po Box 965005,    Orlando, FL 32896-5005
14679591      +EDI: RMSC.COM Nov 30 2017 01:03:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14679592      +EDI: RMSC.COM Nov 30 2017 01:03:00      Syncb/walmart Dc,    Po Box 965024,
                Orlando, FL 32896-5024
14679594      +E-mail/Text: bankruptcy@firstenergycorp.com Nov 30 2017 00:59:25       WEST PENN POWER,
                P O BOX 3687,    Akron, OH 44309-3687
14679595      +E-mail/Text: WFB.Bankruptcy@cabelas.com Nov 30 2017 00:59:48       Worlds Foremost Bank,
                4800 Nw 1st Street,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Nov 29, 2017
                              Form ID: 318             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:

        James   Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        James R. Walsh     jwalsh@spencecuster.com,
        trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com;gbivens@spencecuster.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Richard L Ames    on behalf of Debtor Jacqueline S Fennell rlames@gmail.com, r65159@notify.bestcase.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 5